JACOB GLOS *et al.*

*v.*

HULDUR ARMIA ELLINOR SWANSON.

*Opinion filed October 23, 1907.*

APPEALS AND ERRORS—*a writ of error to review ejectment judgment should be dismissed where new trial is taken.* Where the defendant to an action of ejectment sues out a writ of error to review a judgment against him but afterwards pays the costs and takes a new trial under the statute, the judgment is vacated and the writ of error to review the same should be dismissed.

WRIT OF ERROR to the Circuit Court of Cook county; the Hon. R. W. CLIFFORD, Judge, presiding.

JACOB GLOS, *pro se,* (JOHN R. O'CONNOR, of counsel.)

WILLIAM GIBSON, for defendant in error.

Mr. JUSTICE VICKERS delivered the opinion of the court:

This is a writ of error brought by Jacob Glos and Emma J. Glos to reverse a judgment of the circuit court of Cook county in favor of Huldur A. E. Swanson for the recovery of lots 12 and 13, in Knickerbocker's subdivision of the south 4.15 acres of block 20, in the canal trustee's subdivision of the east half of section 31, township 39, range 14, in Cook county.

The case was tried in June, 1905, and at the conclusion of the evidence the court directed a verdict for plaintiff below. It appears that an appeal was prayed to this court and an appeal bond filed, but that instead of perfecting the appeal a writ of error was sued out from this court and the record brought up on such writ. Afterwards, and within a year, plaintiffs in error paid the costs in the circuit court and took a new trial under the statute. The case was re-tried in the circuit court, and a verdict was again rendered against plaintiffs in error by direction of the court and judgment entered in January, 1907. From this last judgment plaintiffs in error prayed an appeal to this court, which was perfected and submitted for decision at the February term, 1907. At the succeeding April term of this court an opinion was filed in said cause and at the following June term a petition for rehearing was denied, and our opinion in that case is found as *Glos* v. *Swanson,* 227 Ill. 179.

The payment of the costs within a year and taking a new trial under the statute vacated the first judgment and this writ of error should have been dismissed, but by failure of counsel to call this court's attention to the state of the record no formal order of dismissal has been entered. Our opinion in the case above cited fully disposes of the merits of this case, and the writ of error will therefore be dismissed.

*Writ dismissed.*